IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


**MATTHEW McCALLUM,**                           06-CV-1834-ST

        **Plaintiff,**                    ORDER

v.

**BOISE CASCADE, LLC,**

        **Defendant.**


**PAUL B. MEADOWBROOK**
913 First Avenue E.
Albany, OR 97321
(541) 791-4544

**WILLIAM D. BRANDT**
880 Liberty Street N.E.
Salem, OR 97301
(503) 485-4168

        Attorneys for Plaintiff


1- ORDER

**CALVIN L. KEITH**
**RENEE E. STARR**
Perkins Coie, LLP
1120 N.W. Couch Street
10th Floor
Portland, OR 97209-4128
(503) 727-2000

**Monica G. Cockerille**
260 Clear Creek Road
Boise, ID 83716
(208) 343-7676

        Attorneys for Defendant

**BROWN, Judge.**

    Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#61) on July 7, 2008, in which she recommends the Court grant Defendant's Motion for Summary Judgment (#25) and enter a Judgment in this matter.  Plaintiff filed timely objections to the Findings and Recommendation.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

    When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1).  *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*); *United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988).

    This Court has carefully considered Plaintiff's Objections and concludes they do not provide a basis to modify the Findings

2- ORDER

and Recommendation. The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#61) and, therefore, **GRANTS** Defendant's Motion for Summary Judgment (#25) and **DISMISSES** this matter **with prejudice**.

IT IS SO ORDERED.

DATED this 12th day of September, 2008.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge

3- ORDER