IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MATTHEW MCCALLUM,                                    06-CV-1834-ST

        Plaintiff,                              ORDER

v.

BOISE CASCADE, LLC,

        Defendant.


**PAUL B. MEADOWBROOK**
913 First Avenue E.
Albany, OR 97321
(541) 791-4544

**WILLIAM D. BRANDT**
880 Liberty Street Ne
Salem, OR 97301
(503) 485-4168

        Attorneys for Plaintiff

**CALVIN L. KEITH**
**RENEE E. STARR**
Perkins Coie, LLP
1120 NW Couch Street, 10th Floor
Portland, OR 97209-4128
(503) 727-2000

**MONICA G. COCKERILLE**
Cockerille Law Office, PLLC
260 Clear Creek Road

1 - ORDER

Boise, ID 83716
(208) 343-7676

        Attorneys for Defendant

**BROWN, Judge.**

Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#78) on October 28, 2008, in which she recommended this Court grant in part and deny in part Defendant's Cost Bill (#74) and award costs in the amount of $1,784.30. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#78). Accordingly, the Court **GRANTS in part** and

**DENIES in part** Defendant's Cost Bill (#74) and awards costs in the amount of $1,784.30.

    IT IS SO ORDERED.

    DATED this 26th day of November, 2008.

    /s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

3 - ORDER